UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RENT-A-CENTER, INC.,

             **Plaintiff,**

v.                                  JOINT STIPULATION OF DISMISSAL

ALBERT REITH,                  CASE NO.: 5:10-cv-1364

             **Defendant.**

---

Plaintiff Rent-A-Center, Inc. and Defendant Albert Reith (collectively, the "Parties"), being all of the parties to this action, hereby submit this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Defendant has filed neither an answer nor a motion for summary judgment. The Parties have settled all of the claims and disputes that are the subject of the above-referenced action, and by this Joint Stipulation, all of the claims in the above-referenced action filed by any of the Parties are hereby dismissed with prejudice.

November 28, 2010

**Harter Secrest & Emery LLP**

By:   s/ Jeffrey J. Calabrese
      Jeffrey J. Calabrese
      NDNY Bar Roll No: 509688
      1600 Bausch & Lomb Place
      Rochester, New York 14604
      Telephone: (585) 232-6500
      Fax: (585) 232-2152
      jcalabrese@hselaw.com

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
Sandra K. Lauro, *Pro Hac Vice*
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Phone: (214) 871-2100
Email: slauro@qslwm.com

s/ Ronald J. Pelligra
Ronald J. Pelligra
Attorney for Defendant

**IT IS SO ORDERED:**

/s/ Glenn T. Suddaby
Glenn T. Suddaby
U.S. District Judge
Dated: 12/29/10

638627_1